

## THE LAW FIRM OF ADAM KALISH P.C.

### 182A 26th Street, Suite 2R, Brooklyn, N.Y., 11232

Adam Kalish Esq.  *Hon. Frank Seddio, of Counsel
Office: (718) 857 – 3664  Former Judge, Surrogate's Court,
Email: Adam.Kalish@Kalishpc.com  Kings County

July 21, 2021

Magistrate Judge Sanket J. Bulsara
225 Cadaman Plaza East
Brooklyn, New York 11201

Re: Crosby Capital USA LLC V. Thomas Dhaiti
Index Number 1:20-cv-00049

Dear Judge Bulsara:

This is a joint letter submitted by both Plaintiff and Defendant's Counsel. This correspondence is submitted as a follow up to the July 15, 2021, Pre-Trial Conference.

Pursuant to your directions and after conferring with the respective parties, both parties do not believe that a settlement conference would resolve the matter and respectfully request a Pre-Trial Calendar date. After speaking with my client, the Plaintiff will not be requesting a jury trial for this matter.

Thank you for attention to this matter

Very truly yours,

*Adam Kalish*

Adam Kalish