UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
Crosby Capital USA LLC,

                                                                    Index No. 20-cv-00049

                                        Plaintiff,

        -against-                                          **STIPULATION OF**
                                                           SETTLEMENT
Thomas Dhaiti

                                        Defendant.
------------------------------------------------------------------------------X

1.  It is hereby stipulated by and between Counsel that this action is settled.

2.  Therefore, it is ordered by the Court that this action is discontinued without costs and

    with prejudice to the right to reopen the action.

Dated:      Brooklyn, New York
            May 15, 2022

Law Office of Steven Okenwa Esq                    Law Office of Adam Kalish P.C..

                                                                    By:
By:
                                                            *Adam Kalish*

Steve Okenwa Esq
Attorney for Defendant                                      Adam Kalish, Esq.
613 E. 89th Street                                          Attorney for Plaintiff
Brooklyn New York 11236                            182A 26th Street, Suite #2R
Tel. No. 718 624-7100                              Brooklyn, New York 11232
STEVEOKENWA@yahoo.com
                                                           Tel. No: (718) 857-3664
                                                           adam.kalish@kalishpc.com